UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Denise Bonnici

Plaintiff(s),                                   Case No.  2:12-cv-13528

v.                                              Judge  Julian Abele Cook, Jr.

Sam's East, Inc. d/b/a Sam's Club, Sam's        Magistrate Judge  Paul J. Komives
Wholesale Club and Sam's Club Store #6666

Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  Sam's East, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.      Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes  ☑        No  ☐

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:  Wal-Mart Stores, Inc.
Relationship with Named Party:  subsidiary

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes  ☐        No  ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date:  August 14, 2012                    /s/ Gary W. Francis
                                          _____

                                          P64748
                                          Plunkett Cooney, P.C.
                                          38505 Woodward Ave.
                                          Suite 2000
                                          Bloomfield Hills, MI 48304
                                          (248) 901-4045
                                          gfrancis@plunkettcooney.com