# INDEX OF EXHIBITS

**_Exhibit A_**: Excerpts from the transcript of the deposition of Plaintiff, Denise Bonnici, taken on September 11, 2013

**_Exhibit B_**: Member/Customer Statement of Denise Bonnici

**_Exhibit C_**: Unpublished Opinion of the Court of Appeals (*Scott v. The Kroger Company*)

**_Exhibit D_**: Unpublished Opinion of the Court of Appeals (*Fisher v. K-Mart Corporation*)

Open.13046.22229.13463549-1