# EXHIBIT A

Denise Bonnici
9/11/2013

Page 48

```
 1   Q.   Right.  How many dribbles or how much Pine Sol was on
 2        the floor that you saw after you fell?
 3   A.   I'd say just little puddles.
 4   Q.   How many puddles?
 5   A.   I didn't sit there and count them.  I laid there.  I was
 6        crying.  I was upset.  I couldn't tell you.
 7   Q.   More than a few?  More than three?
 8   A.   Sir, I can't answer that.
 9   Q.   Well, you said -- I'm just trying to get to understand
10        what you saw.  You said there were a couple.
11   A.   Yes.
12   Q.   A couple is two or three; is that fair?
13   A.   That's what I seen.
14   Q.   There may have been more?
15   A.   There may have been more.  It was very hard to see until
16        I was laying on the ground.
17   Q.   How many -- how big were these puddles?  Were they -- I
18        know you're on video, but just so the court reporter can
19        take it down, would that be about five or six inches in
20        diameter?
21   A.   Yes, sir, and I was watching where I was going.  I was
22        watching the floor.  I didn't see it.
23   Q.   After you were on the floor and you were looking down
24        and you looked at it, could you tell it was Pine Sol?
25   A.   Yes, I could smell it.
```



Denise Bonnici
9/11/2013

Page 50

```
 1        Pine Sol bottle was all of the Pine Sol out of the
 2        bottle or was there still some in the bottle?
 3   A.   I can't -- I don't know.  I was hurting so bad and
 4        freaking out, I thought I broke my back.
 5   Q.   I understand.  I just have to ask the questions.  You
 6        may or may not remember.
 7             MS. STOLLER:  If you don't remember you can
 8        say you don't remember.
 9   A.   I don't remember.
10             MR. FRANCIS:  I just have to ask the
11        questions, okay.  I don't remember what I ate for lunch
12        yesterday, so I don't expect you to remember everything.
13             MS. STOLLER:  It's okay if you don't remember.
14   BY MR. FRANCIS:
15   Q.   You didn't see anybody break the bottle?
16   A.   No.
17   Q.   You have no information as to how the bottle got broken?
18   A.   No.
19   Q.   Do you have any information as to how long the bottle or
20        Pine Sol had been on the floor?
21   A.   No.
22   Q.   And you just stated that you believe that the gentleman
23        from the store didn't even know it was there?
24   A.   Correct.
25   Q.   How far was the gentleman or the greeter from the bottle
```



HANSON RENAISSANCE   hansonreporting.com
313-567-8100

Electronically signed by Susan Tobolski (501-366-181-1535)

fff5c280-3fbd-4c44-a21d-657675d0557d

Denise Bonnici
9/11/2013

Page 52

```
 1   A.   Yes.
 2   Q.   Fair to say that after you fell and you looked you were
 3        able to figure out what it was that you fell on?
 4   A.   That's when I saw something wet on the floor and then I
 5        could smell it.
 6   Q.   And --
 7   A.   Because looking down I couldn't see it.
 8   Q.   Have you bought Pine Sol before?
 9   A.   No, I don't use it.
10   Q.   Have you used it?
11   A.   I don't like it.
12   Q.   You've seen it though before; right?
13   A.   Yes.
14   Q.   And it's brown; correct?
15   A.   Correct.
16   Q.   Is that yes?
17   A.   I guess it's brown.
18             MS. STOLLER:  We don't want you to guess.
19        Only answer if you know.  If you don't know, say you
20        don't know.
21   A.   I don't know.  I don't use that product.  I don't like
22        the smell of it.
23   BY MR. FRANCIS:
24   Q.   But you've seen it before?
25   A.   Yes.
```

